**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-4835**

_____

In Re:  RAY WALLACE METTETAL, JR.,

Petitioner.

_____

On Petition for Writ of Mandamus.  (CR-96-34)

_____


_____

**No. 01-7779**

_____

RAY WALLACE METTETAL, JR., a/k/a Steven Ray
Maupin,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-01-76-7)

_____

Submitted:  February 28, 2002          Decided:  April 12, 2002

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

---

No. 01-4835 petition denied and No. 01-7779 affirmed by unpublished per curiam opinion.

---

Ray Wallace Mettetal, Jr., Appellant Pro Se.  Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In No. 01-4835, Ray Wallace Mettetal, Jr., has filed a motion for a writ of prohibition and writ of mandamus seeking to have this court direct the district court to terminate criminal proceedings against him on double jeopardy grounds. Because Mettetal has now been convicted and sentenced after a retrial, we dismiss the petition as moot. We do, however, grant Mettetal leave to proceed in forma pauperis.

In No. 01-7779, Mettetal appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Mettetal v. United States, No. CA-01-76-7 (W.D. Va. Oct. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 01-4835 - PETITION DISMISSED

No. 01-7779 - AFFIRMED

3